# United States Court of Appeals
## For the First Circuit

No. 02-2721

JOSHUA NIEVES-MÁRQUEZ; JESÚS NIEVES; LEONOR MÁRQUEZ,

Plaintiffs, Appellees,

v.

THE COMMONWEALTH OF PUERTO RICO; DEPARTMENT OF EDUCATION OF THE
COMMONWEALTH OF PUERTO RICO, through its Secretary, Hon. César
Rey Hernández; ELSIE TRINIDAD; EDNA ROSA-COLÓN,

Defendants, Appellants.

ERRATA SHEET

The opinion of this Court issued on December 24, 2003 is
amended as follows:

On page 3, line 15, "is described" is replaced with "are
described"

On page 19, line 6, "Id. at 931-33" is replaced with "Amann,
991 F.2d at 931-33"

On page 23, line 4, "interpretive" is replaced with
"implementing"

On page 26, line 7 of footnote 11, "on the same cause of
action" is inserted at the end of the sentence after "forms of
monetary relief"